IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                                                                    CRIMINAL ACTION NO.
                                                                      3:08-CR-014-MPM-SAA

ROBERT L. MOULTRIE, et al                                             DEFENDANTS

## ORDER

On July 16, 2008, Defendant Carothers Construction Company requested the court to quash a subpoena duces tecum with a return date of July 24, 2008 [docket no. 115]. In light of the approaching return date, the court orders expedited responses to defendant's motion to quash the subpoena. Accordingly, it is

ORDERED

That all interested parties shall file a response by 5 p.m. on Friday July 25th, 2008. All replies to such responses shall be filed by 5 p.m. on Tuesday July 29th, 2008. The return on the subpoena shall be stayed pending a full briefing on the issues and the court's order on the motion [docket no. 115].

This the 22nd day of July, 2008.

                                                           /s/ S. ALLAN ALEXANDER
                                                           U.S. MAGISTRATE JUDGE