**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.**                                                              **CRIMINAL NO. 3:08CR014**

**ROBERT L. MOULTRIE, et al.**

**ORDER**

Carothers Construction Company, Inc., requests the court's permission [docket no. 140] to enlarge the allowable length for its reply memorandum in support of its Motion to Quash [docket no. 115]. Under RULE 7.2 (E) of the UNIFORM LOCAL RULES OF THE UNITED SATES DISTRICT COURTS FOR THE NORTHERN DISTRICT OF MISSISSIPPI AND THE SOUTHERN DISTRICT OF MISSISSIPPI, the movant's original and rebuttal memoranda together shall not exceed thirty-five pages. Carothers seeks an additional fifteen pages for its reply memorandum due to the complicated nature of the case. While the court is sympathetic to the movant's position, an additional fifteen pages for a rebuttal memorandum is excessive. For that reason, it is ORDERED

That the defendant's motion is GRANTED IN PART

The maximum page limitation for Carothers Construction Company, Inc.'s reply memorandum in support of its motion to quash [docket no. 115] is enlarged from thirty-five (35) pages to forty-three (43) pages. The movant's reply must be filed with the court by 1:30 pm on August 1, 2008.

This, the 30th day of July, 2008.

___S. ALLAN ALEXANDER_____
U. S. MAGISTRATE JUDGE