IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                             CRIMINAL CASE NO. 3:08-CR-14

ROBERT L. MOULTRIE;
NIXON E. CAWOOD; CHARLES K. MOREHEAD; FACILITY HOLDINGS CORP. d/b/a THE FACILITY GROUP, FACILITY MANAGEMENT GROUP, INC., FACILITY CONSTRICTION MANAGEMENT INC., and FACILITY DESIGN GROUP

## ORDER

Defendants Facility Holdings Corp., d/b/a The Facility Group, Facility Management Group, Inc., Facility Construction Management, Inc., and Facility Design Group, Inc. ("The Facility Group") requests the court's permission to join certain motions filed by Robert F. Moultrie [docket nos. 124, 125, 126 & 127]. The United States of America has no objection to defendants joining such motions. As of the date below, the court has not ruled on those motions. For these reasons it is ORDERED

That the defendants' motion to join Robert L. Moultrie's motions [docket nos. 124, 125, 126 & 127] is GRANTED

This the 30th day of July, 2008.

                                                           /s/ S. ALLAN ALEXANDER
                                                           U.S. MAGISTRATE JUDGE