IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.　　　　　　　　　　　　　　　　　　　　　CRIMINAL CASE NO.
　　　　　　　　　　　　　　　　　　　　　　　3:08-CR-14
ROBERT L. MOULTRIE;
NIXON E. CAWOOD; CHARLES K.
MOREHEAD; FACILITY HOLDINGS
CORP. d/b/a THE FACILITY GROUP,
FACILITY MANAGEMENT GROUP, INC.,
FACILITY CONSTRICTION
MANAGEMENT INC., and
FACILITY DESIGN GROUP

## ORDER

Defendants Facility Holdings Corp., d/b/a The Facility Group, Facility Management Group, Inc., Facility Construction Management, Inc., and Facility Design Group, Inc. ("The Facility Group") requests the court's permission to join the motion for a Daubert hearing and a Motion *In Limine* filed by Robert F. Moultrie [docket no. 90]. The United States has no objection to defendants joining such motion. As of the date below, the court has not ruled on those motions. For these reasons it is ORDERED

That the defendants' motion to join Robert L. Moultrie's motion for a Daubert hearing and a Motion *In Limine* [docket no. 90] is GRANTED

This the 31st day of July, 2008.

　　　　　　　　　　　　　　　　　　　　　/s/ S. ALLAN ALEXANDER
　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE