IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:08CR014

ROBERT L. MOULTRIE, et al

**ORDER**

The United States of America, by and through the United States Attorney for the Northern District of Mississippi, requests an extension of time to respond to the defendants' motion to sever and to strike surplusage in the above styled case. The responses are currently due on August 1, 2008. The United States represents that the defendants do not object to the requested extension. For these reasons it is

ORDERED

That the government's motion for an extension of time to file responses to defendants' motion to sever and strike surplusage is GRANTED.

The United States shall file a response to defendants' motions by August 6, 2008.

This the 1st day of August, 2008.

/s/ S. ALLAN ALEXANDER

UNITED STATES MAGISTRATE JUDGE